**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: _____  Case No. _____

**PINERO MEDINA, REINALDO** _____  Chapter **13** _____
                    Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/04/2010** _____    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                   Filed by: ☐ Debtor ☐ Trustee ☐ Other

| I. PAYMENT PLAN SCHEDULE | II. DISBURSEMENT SCHEDULE |
|---|---|
| $ **200.00** x **52** = $ **10,400.00** <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br> $ ___ x ___ = $ ___ <br><br> TOTAL: $ **10,400.00** | A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___ <br> B. SECURED CLAIMS: <br> ☐ Debtor represents no secured claims. <br> ☑ Creditors having secured claims will retain their liens and shall be paid as follows: <br> 1. ☑ Trustee pays secured ARREARS: <br> Cr. **BANCO POPULAR D** Cr. ___ Cr. ___ <br> # **8554** # ___ # ___ <br> $ **20,197.00** $ ___ $ ___ |
| Additional Payments: <br> $ **28,000.00** to be paid as a LUMP SUM within **48 months** with proceeds to come from: <br><br> ☐ Sale of Property identified as follows: <br><br> ☑ Other: <br> **YEARLY PAYMENTS OF $7,000 AS OF MAY 2011, 2012, 2013, 2014 & 2015** | 2. ☐ Trustee pays IN FULL Secured Claims: <br> Cr. ___ Cr. ___ Cr. ___ <br> # ___ # ___ # ___ <br> $ ___ $ ___ $ ___ <br> 3. ☐ Trustee pays VALUE OF COLLATERAL: <br> Cr. ___ Cr. ___ Cr. ___ <br> # ___ # ___ # ___ <br> $ ___ $ ___ $ ___ <br> 4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder: ___ <br> 5. ☐ Other: ___ |
| Periodic Payments to be made other than, and in addition to the above: <br> $ ___ x ___ = $ ___ <br><br> PROPOSED BASE: $ **38,400.00** | 6. ☑ Debtor otherwise maintains regular payments directly to: **BANCO POPULAR D** <br> C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2) <br> D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims. <br> 1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___ <br> ☐ Paid 100% / ☐ Other: ___ |
| **III. ATTORNEY'S FEES** <br> (Treated as § 507 Priorities) <br><br> Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ ___ | Cr. ___ Cr. ___ Cr. ___ <br> # ___ # ___ # ___ <br> $ ___ $ ___ $ ___ <br> 2. Unsecured Claims otherwise receive PRO-RATA disbursements. |
| Signed: **/s/ REINALDO PINERO MEDINA** <br> Debtor <br><br> _____ <br> Joint Debtor | OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*) |

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES** _____ Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only