IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In re: | Case No.: 10-04918-ESL |
|---|---|
| REINALDO PIÑERO MEDINA | |
| Debtor(s). | Chapter 13 |

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under 11 U.S.C. §1325, for the confirmation of a Chapter 13 Plan.

Debtor CMI determined **Above** Median Family Income / **60** months commitment period / **B22** DISPOSABLE INCOME = **$0.00**.

The **LIQUIDATION VALUE** of the estate has been determined in **$43,803**.     **R2016 STM**. $3,000 - $3,000 = $0.00

**TOTAL ATTORNEYS FEES: $0.00**     Fees paid: **$0.00**     Fees Outstanding: **$0.00**

With respect to the proposed (amended) Plan dated: **Jul 13, 2010**.(Dkt.12)     Plan Base: **$43,500**.

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

☒ INSUFFICIENTLY FUNDED**:**

☒ Fails CREDITORS' BEST INTEREST TEST [11 U.S.C. §1325(a)(4)]:

**Insufficiently funded to pay required 100% + legal interest of allowed general unsecured creditors.**

☒ **OTHER/COMMENTS:**

**Claims Bar Date 10/06/2010 (Gov. 12/01/2010).**

Due to the above described deficiencies in the proposed modified plan the **Trustee Objects to the Confirmation** of the same.

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served on the same date it is filed to: the DEBTOR(s) via regular mail, to his address of record, and her/his/their attorney, via regular mail if not a ECFS registered user, and to all Creditors and Parties in Interest, who has filed a Notice of Appearance or requested to receive notices.

In San Juan, Puerto Rico this 9th day of August of 2010.

/S/ JOSE R. CARRION
_____
JOSE R. CARRION, CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 Fax (787) 977-3550